# Third District Court of Appeal
## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2113
Lower Tribunal No. F01-26554
_____

**Jimmy Jones,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Jimmy Jones, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.